UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 14-01075-PMF |
| | § | |
| PURE LAND CO. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Aaron C. Amore, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $2,225,558.95 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $509,506.75 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $404,350.08 | | |

3) Total gross receipts of $913,856.83 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $913,856.83 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $83,724.62 | $83,724.62 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $404,350.08 | $404,350.08 | $404,350.08 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $8,208.83 | $2,110.82 | $2,000.00 | $2,000.00 |
| General Unsecured Claims (from **Exhibit 7**) | $7,025.00 | $6,123,070.24 | $507,506.75 | $507,506.75 |
| **Total Disbursements** | $98,958.45 | $6,613,255.76 | $913,856.83 | $913,856.83 |

    4).  This case was originally filed under chapter 7 on 09/30/2014.  The case was pending for 48 months.

    5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: 09/21/2018            By:   /s/ Aaron C. Amore
                                        Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO FINAL ACCOUNT

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 1 Lot Bridgeport 134x212 1/2 Main St. 0.449 AC Getty Service Station | 1110-000 | $230,000.00 |
| Love Plaza Blk 3 Lot 5 5 x 100 Taylor County MAP/PARCEL: 7 0115 0000 0000 | 1110-000 | $12,250.00 |
| Taylor's Drain (House & Shop) Barbour County. | 1110-000 | $15,000.00 |
| Ripley Associates LLC owes Pureland, Co on Promissory Note - (some prepayment made)( see attached schedule) | 1121-000 | $641,474.92 |
| Month to month rent from Mr. Stop Pre-Owned Auto, LLC | 1122-000 | $7,712.21 |
| First United Checking Acount # 9932 | 1129-000 | $4,639.86 |
| Wesbanco Inc, Account # 6875 | 1129-000 | $1,497.52 |
| Insurance refund for Debtor overpaid premium with Brickstreet | 1229-000 | $52.00 |
| Insurance refund from IPFS acct KYL-274182 | 1229-000 | $1,230.32 |
| **TOTAL GROSS RECEIPTS** | | **$913,856.83** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Rocco S. Marrara, Jr., Trust | 4110-000 | $0.00 | $83,724.62 | $0.00 | $0.00 |
| | Rocco Marrara, Jr. | 4110-000 | $83,724.62 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$83,724.62** | **$83,724.62** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Aaron C. Amore, Trustee | 2100-000 | NA | $48,942.84 | $48,942.84 | $48,942.84 |
| Aaron C. Amore, Trustee | 2200-000 | NA | $1,427.98 | $1,427.98 | $1,427.98 |
| Insurance Partners | 2300-000 | NA | $669.81 | $669.81 | $669.81 |
| Housbusters Inspection Service | 2420-000 | NA | $265.00 | $265.00 | $265.00 |
| John D. Summers Construction | 2420-000 | NA | $1,700.00 | $1,700.00 | $1,700.00 |

| | | | | | |
|---|---|---|---|---|---|
| Nationwide Insurance Co. | 2420-000 | NA | $414.01 | $414.01 | $414.01 |
| Nationwide Insurance Company | 2420-000 | NA | $137.00 | $137.00 | $137.00 |
| Trustee Insurance Agency | 2420-000 | NA | $3,908.49 | $3,908.49 | $3,908.49 |
| Closing costs/fee per HUD (Ref Line 1101) | 2500-000 | NA | $150.00 | $150.00 | $150.00 |
| Pinnacle Bank | 2600-000 | NA | $16,369.04 | $16,369.04 | $16,369.04 |
| US Bankruptcy Court Northern District WV | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| US Bankruptcy Courty - Northern District of WV | 2700-000 | NA | $176.00 | $176.00 | $176.00 |
| US Treasury | 2810-000 | NA | $98,171.00 | $98,171.00 | $98,171.00 |
| 2014 property tax per HUD (ref Line 513) | 2820-000 | NA | $133.26 | $133.26 | $133.26 |
| Barbour County Sheriff | 2820-000 | NA | $688.14 | $688.14 | $688.14 |
| County Tax 01-01-15 to 06-05-15 per HUD (Ref 511) | 2820-000 | NA | $1,356.11 | $1,356.11 | $1,356.11 |
| County tax 01-01-15 to 07-01-15 per HUD (ref Line 511) | 2820-000 | NA | $58.14 | $58.14 | $58.14 |
| Full 2014 Property tax per HUD (Ref Line 1205) | 2820-000 | NA | $3,335.73 | $3,335.73 | $3,335.73 |
| Melissa Ireland | 2820-000 | NA | $79.74 | $79.74 | $79.74 |
| Siegrist & White, PLLC | 2820-000 | NA | ($1,032.00) | ($1,032.00) | ($1,032.00) |
| Tax Stamps per HUD (Ref Line 1203) | 2820-000 | NA | $1,032.00 | $1,032.00 | $1,032.00 |
| West Virginia State Tax Department | 2820-000 | NA | $14,700.00 | $14,700.00 | $14,700.00 |
| WV State Tax Department | 2820-000 | NA | $11,596.00 | $11,596.00 | $11,596.00 |
| West Virginia Secretary of State | 2990-000 | NA | $25.00 | $25.00 | $25.00 |
| West Virginia Secretary of State's Office | 2990-000 | NA | $100.00 | $100.00 | $100.00 |
| Aaron Amore, Attorney for Trustee | 3110-000 | NA | $34,641.75 | $34,641.75 | $34,641.75 |
| Aaron Amore, Attorney for Trustee | 3120-000 | NA | $2,295.63 | $2,295.63 | $2,295.63 |
| Smith Elliot Kearns & Co., LLC, Accountant for Trustee | 3410-000 | NA | $2,682.25 | $2,682.25 | $2,682.25 |
| Smith, Elliot, Kearns | 3410-000 | NA | $1,644.25 | $1,644.25 | $1,644.25 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| & Co., LLC, Accountant for Trustee | | | | | |
| Smith, Elliott, Kearns & Co., LLC, Accountant for Trustee | 3410-000 | NA | $1,938.75 | $1,938.75 | $1,938.75 |
| Smith, Elliott, Kearns & Company, LLC, Accountant for Trustee | 3410-000 | NA | $2,116.25 | $2,116.25 | $2,116.25 |
| Smith Elliot Kearns & Co., LLC, Accountant for Trustee | 3420-000 | NA | $87.50 | $87.50 | $87.50 |
| Smith, Elliott, Kearns & Co., LLC, Accountant for Trustee | 3420-000 | NA | $125.00 | $125.00 | $125.00 |
| Smith, Elliott, Kearns & Company, LLC, Accountant for Trustee | 3420-000 | NA | $62.50 | $62.50 | $62.50 |
| Kelley, Terry Jo Realtor Commission, Realtor for Trustee | 3510-000 | NA | $2,500.00 | $2,500.00 | $2,500.00 |
| Terry Jo Kelley - Broker Commission (Ref HUD line 702), Realtor for Trustee | 3510-000 | NA | $13,800.00 | $13,800.00 | $13,800.00 |
| Terry Jo Kelley - broker commission per HUD (ref Line 502), Realtor for Trustee | 3510-000 | NA | $2,500.00 | $2,500.00 | $2,500.00 |
| CORE Enivornmental, Inc., Consultant for Trustee | 3731-000 | NA | $74,989.48 | $74,989.48 | $74,989.48 |
| MSES Consultants, Inc., Consultant for Trustee | 3731-000 | NA | $6,942.50 | $6,942.50 | $6,942.50 |
| CORE Enivornmental, Inc., Consultant for Trustee | 3732-000 | NA | $48,059.43 | $48,059.43 | $48,059.43 |
| MSES Consultants, Inc., Consultant for Trustee | 3732-000 | NA | $3,076.50 | $3,076.50 | $3,076.50 |
| The Thrasher Group, Inc. , Surveyor for Trustee | 3991-620 | NA | $2,100.00 | $2,100.00 | $2,100.00 |
| The Thrasher Group, Inc., Surveyor for Trustee | 3992-630 | NA | $35.00 | $35.00 | $35.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND** | | NA | $404,350.08 | $404,350.08 | $404,350.08 |

UST Form 101-7-TDR (10/1/2010)

| | CHARGES | | | | | |
|---|---|---|---|---|---|---|

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Terring W. Skinner | 5800-000 | $0.00 | $110.82 | $0.00 | $0.00 |
| 4 | Rocco Marrara, Jr. | 5800-000 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 |
| | Barbour County Sheriff | 5800-000 | $305.92 | $0.00 | $0.00 | $0.00 |
| | Sheriff & Treasurer of Harrison County | 5800-000 | $3,268.13 | $0.00 | $0.00 | $0.00 |
| | Sheriff of Monongalia County | 5800-000 | $132.52 | $0.00 | $0.00 | $0.00 |
| | Sheriff of Monongalia County | 5800-000 | $2,390.63 | $0.00 | $0.00 | $0.00 |
| | Sheriff of Taylor County | 5800-000 | $111.63 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$8,208.83** | **$2,110.82** | **$2,000.00** | **$2,000.00** |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Sheriff of Monongalia County | 7100-000 | $0.00 | $128.47 | $0.00 | $0.00 |
| 2 | Boal and Associates, PC | 7100-000 | $7,025.00 | $7,025.00 | $7,025.00 | $7,025.00 |
| 6 | Sandra Jean Marrara Trust | 7100-000 | $0.00 | $1,286,570.39 | $0.00 | $0.00 |
| 7 | Firebird Corporation | 7100-000 | $0.00 | $3,860,097.17 | $0.00 | $0.00 |
| 7A | Firebird Corporation | 7100-000 | $0.00 | $468,767.46 | $0.00 | $0.00 |
| 7A | Firebird Corporation | 7100-000 | $0.00 | $469,006.75 | $469,006.75 | $469,006.75 |
| 8 | Robert S. Marrara Irrevocable Trust | 7200-000 | $0.00 | $31,475.00 | $31,475.00 | $31,475.00 |
| | Domenic and Saundra Marrara | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| Jay Leon | 7100-000 | | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $7,025.00 | $6,123,070.24 | $507,506.75 | $507,506.75 |

| Case No.: | 14-01075-PMF | | Trustee Name: | Aaron C. Amore |
|---|---|---|---|---|
| Case Name: | PURE LAND CO. | | Date Filed (f) or Converted (c): | 09/30/2014 (f) |
| For the Period Ending: | 9/21/2018 | | §341(a) Meeting Date: | 01/12/2015 |
| | | | Claims Bar Date: | 04/17/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 1 Lot Bridgeport 134x212 1/2 Main St. 0.449 AC Getty Service Station | $250,000.00 | $211,366.16 | | $230,000.00 | FA |
| 2 | Love Plaza Blk 3 Lot 5 5 x 100 Taylor County MAP/PARCEL: 7 0115 0000 0000 | $15,000.00 | $9,558.60 | | $12,250.00 | FA |
| 3 | .4850 AC Evansville Pike MAP/PARCEL: 6 0004 0001 0000 | $75,000.00 | $70,500.00 | OA | $0.00 | FA |
| Asset Notes: | Deed research by Trustee indicates acreage of actual parcel owned by Debtor was less than scheduled on the petition. Realtor employed by Trustee recommended survey. Trustee employed services of a surveyor pursuant to Court order. Survey determined parcel is 0.88 acres and is owned by 3M Realty, LLC. As Debtor is not legal owner of asset, Trustee deems it abandoned and fully administered. | | | | | |
| 4 | BL 8 LOT 1 FAIRMONT AVE Monongalia County MAP/PARCEL: 7 0070 0000 0000 1/2 interest, other hald in 1/6th with 3 trusts | $83,724.62 | $70,650.00 | OA | $0.00 | FA |
| Asset Notes: | Parcel had substantial environmental issues to assess and remediate prior to sale. DEP issued a "no further action required" order on 2/13/18. Property has been listed for sale since with no offers. Filed notice of abandonment on 5/24/18 as the estate already has sufficient funds to pay 100% of the claims of the unsecured creditors. Order of abandonment entered 6/11/18. | | | | | |
| 5 | Taylor's Drain (House & Shop) Barbour County. | $12,000.00 | $11,280.00 | | $15,000.00 | FA |
| Asset Notes: | Environmental assessment of property was conducted. Based on 5/21/15 report prepared by MSES Consultants, Inc. property has some environmental issues but not significant to require remediation prior to sale. | | | | | |
| 6 | First United Checking Acount # 9932 | $4,639.86 | $4,639.86 | | $4,639.86 | FA |
| 7 | Wesbanco Inc, Account # 6875 | $1,497.52 | $1,497.52 | | $1,497.52 | FA |
| 8 | Current policies with Lewis Insurance Agency on some buildings. Policy names Pureland Co. | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Funds collected by prior Trustee Thomas Fluharty | | | | | |
| 9 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 10 | Claims against D&R, Inc. (approximately) | $2,066,834.33 | $0.00 | | $0.00 | FA |
| Asset Notes: | Claim against D&R Distributors, Inc. will not result in any net recovery to unsecured creditors. After administration of the D&R Estate, the Trustee advises he has no funds to disburse to unsecured creditors. | | | | | |
| 11 | Ripley Associates LLC owes Pureland, Co on Promissory Note - (some prepayment made)( see attached schedule) | $725,893.07 | $569,776.72 | | $641,474.92 | FA |
| Asset Notes: | Note was part of motion to compromise and sell the note owed to Pure Land. Order granting motion to compromise was entered on 7/25/17. Estate to be paid $569,776.72 with payment | | | | | |

| Case No.: | 14-01075-PMF | Trustee Name: | Aaron C. Amore |
|---|---|---|---|
| Case Name: | PURE LAND CO. | Date Filed (f) or Converted (c): | 09/30/2014 (f) |
| For the Period Ending: | 9/21/2018 | §341(a) Meeting Date: | 01/12/2015 |
| | | Claims Bar Date: | 04/17/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

deferred until November 2017 plus retain payments previously made by Ripley to the Estate. Check received from Ripley Associates for compromise settlement on 11/6/17.

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 12 | Month to month rent from Mr. Stop Pre-Owned Auto, LLC | | Unknown | $10,000.00 | | $7,712.21 | FA |
| Asset Notes: | These month-to-month rent payments pertain to Asset #1, Lot 1 Main Street property in Bridgeport, WV, scheduled real property of the Debtor. The property now has been sold so no further rent is to be collected. |
| 13 | Insurance refund from IPFS acct KYL-274182 | (u) | $0.00 | $1,230.32 | | $1,230.32 | FA |
| Asset Notes: | Initial refund to prior trustee was 1240.32. Prior trustee advised $10 banking fee. |
| 14 | Insurance refund for Debtor overpaid premium with Brickstreet | (u) | $0.00 | $52.00 | | $52.00 | FA |
| Asset Notes: | Refund from Brickstreet for overpayment by Debtor of insurance premium. |

**TOTALS (Excluding unknown value)**

|  |  | **Gross Value of Remaining Assets** |
|---|---|---|
| $3,234,589.40 | $960,551.18 | $913,856.83 | $0.00 |

**Major Activities affecting case closing:**

04/25/2018    MAN
05/22/2015    MAN

| Initial Projected Date Of Final Report (TFR): | 06/30/2017 | Current Projected Date Of Final Report (TFR): | 06/30/2018 | /s/ AARON C. AMORE |
|---|---|---|---|---|
| | | | | AARON C. AMORE |

| Case No. | 14-01075-PMF | | Trustee Name: | Aaron C. Amore |
|---|---|---|---|---|
| Case Name: | PURE LAND CO. | | Bank Name: | PINNACLE BANK |
| Primary Taxpayer ID #: | **-***6241 | | Checking Acct #: | ******0000 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 9/30/2014 | | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 9/21/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/09/2014 | | Thomas H. Fluharty, Trustee | Funds turned over by prior Trustee ($1000 in rental income; $1230.32 insurance refund) | * | $2,230.32 | | $2,230.32 |
| | {12} | | Funds turned over from prior trustee for one month rent from Mr. Stop Auto  $1,000.00 | 1122-000 | | | $2,230.32 |
| | {13} | | Funds turned over by prior Trustee (1230.32) insurance refund  $1,230.32 | 1229-000 | | | $2,230.32 |
| 12/17/2014 | (12) | MR Stop Pre-Owned Auto, LLC | Rent Payment - November 2014 | 1122-000 | $1,000.00 | | $3,230.32 |
| 12/19/2014 | (6) | Pure Land Comapny | Remaining funds from United bank account turned over to the Trustee | 1129-000 | $4,639.86 | | $7,870.18 |
| 12/19/2014 | (7) | PureLand Company | Remaining funds from Westbanco account paid over to Trustee | 1129-000 | $1,497.52 | | $9,367.70 |
| 12/19/2014 | (11) | Ripley Associates, LLC | Monthly Loan Payment for December 2014 | 1121-000 | $3,584.91 | | $12,952.61 |
| 12/19/2014 | (12) | MR Stop Pre-Owned Auto LLC | Rent Payment - December 2014 | 1122-000 | $1,000.00 | | $13,952.61 |
| 01/05/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $10.18 | $13,942.43 |
| 01/06/2015 | (11) | Ripley Associates, LLC | Monthly Loan Payment - January 2015 | 1121-000 | $3,584.91 | | $17,527.34 |
| 01/23/2015 | (12) | MR Stop Pre-Owned Auto, LLC | Rent Payment - January 2015 | 1122-000 | $1,000.00 | | $18,527.34 |
| 02/04/2015 | (11) | Ripley Associates, LLC | Monthly Loan Payment - February 2015 | 1121-000 | $3,584.91 | | $22,112.25 |
| 02/05/2015 | | Pinnacle Bank | Bank Service Fee for January | 2600-000 | | $27.48 | $22,084.77 |
| 02/20/2015 | 1001 | Nationwide Insurance Company | Property Insurance for 244 West Main Street Bridgeport, WV | 2420-000 | | $137.00 | $21,947.77 |
| 02/23/2015 | (12) | MR Stop Pre-Owned Auto LLC | Rent Payment - February 2015 | 1122-000 | $1,000.00 | | $22,947.77 |
| 03/02/2015 | (11) | Ripley Associates, LLC | Monthly Loan Payment - March 2015 | 1121-000 | $3,584.91 | | $26,532.68 |
| 03/03/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $31.72 | $26,500.96 |
| 03/20/2015 | (12) | MR Stop Pre-Owned Auto | Rent Payment - March 2015 | 1122-000 | $1,000.00 | | $27,500.96 |
| 04/01/2015 | (11) | Ripley Associates, LLC | Monthly Loan Payment - April 2015 | 1121-000 | $3,584.91 | | $31,085.87 |
| 04/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $43.09 | $31,042.78 |
| 04/20/2015 | (12) | Mr. Stop Pre-Owned Auto, LLC | Rent Payment - April 2015 | 1122-000 | $1,000.00 | | $32,042.78 |
| 05/01/2015 | (11) | Ripley Associates, LLC | Monthly Loan Payment - May 2015 | 1121-000 | $3,584.91 | | $35,627.69 |
| 05/04/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $48.92 | $35,578.77 |
| | | | SUBTOTALS | | $35,877.16 | $298.39 | |

| Case No. | 14-01075-PMF | | | Trustee Name: | Aaron C. Amore |
|---|---|---|---|---|---|
| Case Name: | PURE LAND CO. | | | Bank Name: | PINNACLE BANK |
| Primary Taxpayer ID #: | **-***6241 | | | Checking Acct #: | ******0000 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 9/30/2014 | | | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 9/21/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/21/2015 | (12) | Mr. Stop Pre-Owned Auto, LLC | Monthly Rent Payment - May 2015 - 244 W. Main St. less A/C repair - bill attached - for $287.79 | 1122-000 | $712.21 | | $36,290.98 |
| 06/01/2015 | (11) | Ripley Associates, LLC | Monthly note payment - June 2015 | 1121-000 | $3,584.91 | | $39,875.89 |
| 06/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $57.24 | $39,818.65 |
| 06/09/2015 | | Siegrest & White, PLLC Real Estate Trust Account | Proceeds from sale of 244 W. Main Street, Bridgeport, WV property. Gross amount of sale: $230,000 less expenses of sale paid at closing pursuant to court order. | * | $210,326.16 | | $250,144.81 |
| | {1} | | Gross Sale Proceeds from sale of 244 W. Main Street, Bridgeport, WV property  $230,000.00 | 1110-000 | | | $250,144.81 |
| | | | Terry Jo Kelley - Broker Commission (Ref HUD line 702)  $(13,800.00) | 3510-000 | | | $250,144.81 |
| | | | Closing costs/fee per HUD (Ref Line 1101)  $(150.00) | 2500-000 | | | $250,144.81 |
| | | | Tax Stamps per HUD (Ref Line 1203)  $(1,032.00) | 2820-000 | | | $250,144.81 |
| | | | Full 2014 Property tax per HUD (Ref Line 1205)  $(3,335.73) | 2820-000 | | | $250,144.81 |
| | | | County Tax 01-01-15 to 06-05-15 per HUD (Ref 511)  $(1,356.11) | 2820-000 | | | $250,144.81 |
| 06/15/2015 | | Siegrist & White, PLLC | Payment of Tax Stamps erroneously paid at closing for 244 W. Main Street Bridgeport | 2820-000 | | ($1,040.00) | $251,184.81 |
| 06/16/2015 | 1002 | Siegrist & White, PLLC | Refund for overpayment of refund for Transfer taxes on sale of 244 W. Main St. Bridgeport | 2820-000 | | $8.00 | $251,176.81 |
| 07/02/2015 | (11) | Ripley Associates, LLC | Monthly Loan Payment - July 2015 | 1121-000 | $3,584.91 | | $254,761.72 |
| 07/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $303.75 | $254,457.97 |

| | | | | | SUBTOTALS | $218,208.19 | ($671.01) |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 14-01075-PMF | | Trustee Name: | Aaron C. Amore |
|---|---|---|---|---|
| Case Name: | PURE LAND CO. | | Bank Name: | PINNACLE BANK |
| Primary Taxpayer ID #: | **-***6241 | | Checking Acct #: | ******0000 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 9/30/2014 | | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 9/21/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/10/2015 | | Robert C. Gorey, Atty IOLTA ACCOUNT | Net proceeds from sale of Grafton WV property, Love Plaza. Gross sale amount: $12,250.00 less expenses of sale paid at closing pursuant to court order. | * | $9,558.60 | | $264,016.57 |
| | {2} | | Gross proceeds from sale of Grafton WV property, Love Plaza    $12,250.00 | 1110-000 | | | $264,016.57 |
| | | | Terry Jo Kelley - broker commission per HUD (ref Line 502)    $(2,500.00) | 3510-000 | | | $264,016.57 |
| | | | County tax 01-01-15 to 07-01-15 per HUD (ref Line 511)    $(58.14) | 2820-000 | | | $264,016.57 |
| | | | 2014 property tax per HUD (ref Line 513)    $(133.26) | 2820-000 | | | $264,016.57 |
| 08/03/2015 | (11) | Ripley Associates, LLC | Monthly Note Payment - August 2015 | 1121-000 | $3,584.91 | | $267,601.48 |
| 08/04/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $419.79 | $267,181.69 |
| 08/06/2015 | 1003 | Nationwide Insurance Co. | Final payment for insurance premium balance due for coverage for 244 W. Main St. Bridgeport, WV | 2420-000 | | $414.01 | $266,767.68 |
| 08/11/2015 | 1004 | John D. Summers Construction | Maintenance/removal of brush at Fairmont Ave.. Westover property | 2420-000 | | $140.00 | $266,627.68 |
| 09/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $430.28 | $266,197.40 |
| 09/04/2015 | (11) | Ripley Associates, LLC | Monthly note payment Sept 2015 | 1121-000 | $3,584.91 | | $269,782.31 |
| 09/18/2015 | 1005 | John D. Summers Construction | Removal of tree, weeds and unclog drains at Fairmont Ave. Westover property | 2420-000 | | $680.00 | $269,102.31 |
| 10/02/2015 | (11) | Ripley Associates, LLC | Note payment October 2015 | 1121-000 | $3,584.91 | | $272,687.22 |
| 10/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $419.86 | $272,267.36 |
| 11/02/2015 | (11) | Ripley Associates, LLC | November 2015 Monthly Payment on Note | 1121-000 | $3,584.91 | | $275,852.27 |
| 11/03/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $438.71 | $275,413.56 |
| 11/11/2015 | 1006 | Trustee Insurance Agency | Invoice #5659 - Insurance for Fairmont Ave. Westover Property | 2420-000 | | $465.00 | $274,948.56 |
| 11/18/2015 | 1007 | John D. Summers Construction | Repair/replace drain cover, gutter and patch work at Fairmont Ave. Westover property | 2420-000 | | $880.00 | $274,068.56 |
| 12/02/2015 | (11) | Riepley Associates, LLC | December 2015 payment on note | 1121-000 | $3,584.91 | | $277,653.47 |
| | | | **SUBTOTALS** | | **$27,483.15** | **$4,287.65** | |

| Case No. | 14-01075-PMF | | Trustee Name: | Aaron C. Amore |
|---|---|---|---|---|
| Case Name: | PURE LAND CO. | | Bank Name: | PINNACLE BANK |
| Primary Taxpayer ID #: | **-***6241 | | Checking Acct #: | ******0000 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 9/30/2014 | | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 9/21/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $429.28 | $277,224.19 |
| 12/02/2015 | 1008 | MSES Consultants, Inc. | Payment for environmental consulting work on Taylor's Drain property near Phillipi, WV pursuant to court order; Invoice #234687 | 3731-000 | | $3,500.00 | $273,724.19 |
| 12/23/2015 | 1009 | Smith, Elliott, Kearns & Company, LLC | Invoice #34933 - Accountant Fees for 2014 Tax Return Preparation | 3410-000 | | $2,116.25 | $271,607.94 |
| 12/23/2015 | 1010 | Smith, Elliott, Kearns & Company, LLC | Invoice #34933 - Payment of Accountant Expenses for 2014 Tax Return Preparation | 3420-000 | | $62.50 | $271,545.44 |
| 01/04/2016 | (11) | Ripley Associates, LLC | Note Payment Jan 2016 | 1121-000 | $3,584.91 | | $275,130.35 |
| 01/05/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $442.31 | $274,688.04 |
| 01/26/2016 | 1011 | Trustee Insurance Agency | Liability insurance for Westover property | 2420-000 | | $108.49 | $274,579.55 |
| 02/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $442.69 | $274,136.86 |
| 02/03/2016 | (11) | Ripley Associats, LLC | Payment on Note February 2016 | 1121-000 | $3,584.91 | | $277,721.77 |
| 02/15/2016 | 1012 | MSES Consultants, Inc. | Consultant Fees for Env. Testing of Westover Property; Invoice #234837 & 235091 | 3731-000 | | $2,428.00 | $275,293.77 |
| 02/15/2016 | 1013 | MSES Consultants, Inc. | Consultant Expenses for Env. Testing of Westover Property; Invoice #234837 & 235091 | 3732-000 | | $3,072.00 | $272,221.77 |
| 02/26/2016 | 1014 | Trustee Insurance Agency | Liability insurance for Westover property - Invoice #6223 | 2420-000 | | $155.00 | $272,066.77 |
| 02/29/2016 | | US Bankruptcy Courty - Northern District of WV | Filing Fee for Motion to Sell Free and Clear for Taylor's Drain Property | 2700-000 | | $176.00 | $271,890.77 |
| 03/02/2016 | (11) | Ripley Associates, LLC | Monthly repayment on Note | 1121-000 | $3,584.91 | | $275,475.68 |
| 03/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $417.21 | $275,058.47 |
| 03/08/2016 | 1015 | Insurance Partners | Invoice #40941 for bond expiring 3/01/17 | 2300-000 | | $148.00 | $274,910.47 |
| 03/15/2016 | 1016 | US Treasury | Estimated 2015 Federal Tax Payment filed with Extension | 2810-000 | | $73,500.00 | $201,410.47 |
| 03/15/2016 | 1017 | West Virginia State Tax Department | EIN 55-0689121, Form CNF-120EXT balance due for the year ending 12/31/15 | 2820-000 | | $147,000.00 | $54,410.47 |
| 03/15/2016 | 1017 | VOID: West Virginia State Tax Department | VOID check written for incorrect amount and reissue check #1018 for correct amount due. | 2820-003 | | ($147,000.00) | $201,410.47 |
| | | | | SUBTOTALS | $10,754.73 | $86,997.73 | |

| Case No. | 14-01075-PMF | | Trustee Name: | Aaron C. Amore |
|---|---|---|---|---|
| Case Name: | PURE LAND CO. | | Bank Name: | PINNACLE BANK |
| Primary Taxpayer ID #: | **-***6241 | | Checking Acct #: | ******0000 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 9/30/2014 | | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 9/21/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/15/2016 | 1018 | West Virginia State Tax Department | EIN #55-0689121, Form CNF-120EXT balance due for the year ended 12/31/15 | 2820-000 | | $14,700.00 | $186,710.47 |
| 04/01/2016 | 1019 | Trustee Insurance Agency | Liability Insurance for Westover Property - Invoice #6392 | 2420-000 | | $155.00 | $186,555.47 |
| 04/04/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $392.95 | $186,162.52 |
| 04/05/2016 | (11) | Ripley Associates, LLC | Note Payment April 2016 | 1121-000 | $3,584.91 | | $189,747.43 |
| 04/07/2016 | | Melissa Ireland | Payment per sale contract Taylor's Drain Property | * | $12,000.00 | | $201,747.43 |
| | {5} | | Gross purchase amount for Taylor's Drain property    $15,000.00 | 1110-000 | | | $201,747.43 |
| | | | Kelley, Terry Jo Realtor Commission    $(2,500.00) | 3510-000 | | | $201,747.43 |
| | {5} | | Deposit received outside of escrow    $(500.00) | 1110-000 | | | $201,747.43 |
| 04/07/2016 | (5) | Mountain State Real Estate Services, LLC | Deposit from Taylor's Drain Land Sale | 1110-000 | $500.00 | | $202,247.43 |
| 04/07/2016 | (5) | DEP REVERSE: Mountain State Real Estate Services, LLC | Deposit from Taylor's Drain Land Sale | 1110-000 | ($500.00) | | $201,747.43 |
| 04/08/2016 | (5) | Mountain State Real Estate Services LLC | Proceeds from sale of Taylor's Drain/Earnest Money | 1110-000 | $500.00 | | $202,247.43 |
| 04/12/2016 | 1020 | Barbour County Sheriff | Payment of 2014 RE Taxes for Taylor's Drain | 2820-000 | | $394.24 | $201,853.19 |
| 04/12/2016 | 1021 | Barbour County Sheriff | Payment of 2015 RE Taxes for Taylor's Drain; Tax Ticket #16822 | 2820-000 | | $293.90 | $201,559.29 |
| 04/12/2016 | 1022 | Melissa Ireland | Pro-rated 2016 Real Estate Taxes for Taylor's Drain through 04/04/16. | 2820-000 | | $79.74 | $201,479.55 |
| 04/26/2016 | 1023 | Trustee Insurance Agency | Insurance for Westover Property; Invoice #6543 | 2420-000 | | $155.00 | $201,324.55 |
| 05/03/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $309.79 | $201,014.76 |
| 05/06/2016 | (11) | Ripley Asociates, LLC | Monthly Note payment for May 2016 | 1121-000 | $3,584.91 | | $204,599.67 |
| 06/02/2016 | (11) | Ripley Associates, LLC | Monthly note payment June 2016 | 1121-000 | $3,584.91 | | $208,184.58 |
| 06/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $328.79 | $207,855.79 |
| 06/02/2016 | 1024 | Trustee Insurance Agency | Insurance for Fairmont Ave. Westover Property | 2420-000 | | $155.00 | $207,700.79 |
| 06/28/2016 | 1025 | Trustee Insurance Agency | Monthly Liability Insurance payment for Fairmont Ave. Westover property. | 2420-000 | | $155.00 | $207,545.79 |
| 07/01/2016 | (11) | Ripley Associates, LLC | July 2016 note payments | 1121-000 | $3,584.91 | | $211,130.70 |
| | | | SUBTOTALS | | $26,839.64 | $17,119.41 | |

| Case No. | 14-01075-PMF | | Trustee Name: | Aaron C. Amore |
|---|---|---|---|---|
| Case Name: | PURE LAND CO. | | Bank Name: | PINNACLE BANK |
| Primary Taxpayer ID #: | **-***6241 | | Checking Acct #: | ******0000 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 9/30/2014 | | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 9/21/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/05/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $324.12 | $210,806.58 |
| 07/28/2016 | 1026 | Trustee Insurance Agency | Insurance for Westover Property | 2420-000 | | $155.00 | $210,651.58 |
| 08/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $339.42 | $210,312.16 |
| 08/23/2016 | 1027 | MSES Consultants, Inc. | Invoice #235809 & 236185 for finalized POCA for environmental assessment for Westover property | 3731-000 | | $1,014.50 | $209,297.66 |
| 08/23/2016 | 1028 | MSES Consultants, Inc. | Invoices 235809 &23615 for finalized POCA for environmental assessment of Westover property | 3732-000 | | $4.50 | $209,293.16 |
| 08/29/2016 | 1029 | Trustee Insurance Agency | Liability insurance on Westover Property | 2420-000 | | $155.00 | $209,138.16 |
| 09/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $339.16 | $208,799.00 |
| 09/26/2016 | 1030 | West Virginia Secretary of State's Office | Fees for reinstatement of Debtor as WV Corp. | 2990-000 | | $100.00 | $208,699.00 |
| 10/03/2016 | | US Bankruptcy Court Northern District WV | Clerk of the Court Filing Fee for AP | 2700-000 | | $350.00 | $208,349.00 |
| 10/04/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $326.17 | $208,022.83 |
| 10/04/2016 | 1031 | Trustee Insurance Agency | Liability insurance on Westover property | 2420-000 | | $130.00 | $207,892.83 |
| 10/27/2016 | 1032 | Trustee Insurance Agency | Liability Insurance for Westover Property | 2420-000 | | $130.00 | $207,762.83 |
| 11/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $335.72 | $207,427.11 |
| 11/07/2016 | 1033 | The Thrasher Group, Inc. | Surveyor Fees for Evansville Property | 3991-620 | | $2,100.00 | $205,327.11 |
| 11/07/2016 | 1034 | The Thrasher Group, Inc. | Surveyor Expenses for Evansville Property | 3992-630 | | $35.00 | $205,292.11 |
| 11/07/2016 | 1035 | Housbusters Inspection Service | Asbestos Inspection for Westover property | 2420-000 | | $265.00 | $205,027.11 |
| 11/09/2016 | 1036 | Smith Elliot Kearns & Co., LLC | Fees for accountant for 2015 tax return preparation Invoice #53285 | 3410-000 | | $2,682.25 | $202,344.86 |
| 11/09/2016 | 1037 | Smith Elliot Kearns & Co., LLC | Expenses for Accountant for 2015 Tax Preparation Invoice #53285 | 3420-000 | | $87.50 | $202,257.36 |
| 11/28/2016 | 1038 | Trustee Insurance Agency | Monthly insurance premium for Westover property | 2420-000 | | $130.00 | $202,127.36 |
| 12/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $319.89 | $201,807.47 |
| 12/27/2016 | 1039 | Trustee Insurance Agency | Monthly liability insurance premium for Westover property | 2420-000 | | $130.00 | $201,677.47 |
| 01/04/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $325.77 | $201,351.70 |
| 01/31/2017 | 1040 | Trustee Insurance Agency | Monthly insurance premium for Westover property | 2420-000 | | $130.00 | $201,221.70 |
| 02/02/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $325.05 | $200,896.65 |
| | | | | **SUBTOTALS** | $0.00 | $10,234.05 | |

| Case No. | 14-01075-PMF | | Trustee Name: | Aaron C. Amore |
|---|---|---|---|---|
| Case Name: | PURE LAND CO. | | Bank Name: | PINNACLE BANK |
| Primary Taxpayer ID #: | **-***6241 | | Checking Acct #: | ******0000 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 9/30/2014 | | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 9/21/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/24/2017 | 1041 | Trustee Insurance Agency | Monthly insurance payment for Westover property. | 2420-000 | | $130.00 | $200,766.65 |
| 03/01/2017 | 1042 | Insurance Partners | Blanket Bankruptcy Bond Renewal for 03/01/2017-03/01/2018 | 2300-000 | | $130.81 | $200,635.84 |
| 03/03/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $292.96 | $200,342.88 |
| 03/28/2017 | 1043 | Trustee Insurance Agency | Monthly payment for liability insurance on Westover property | 2420-000 | | $130.00 | $200,212.88 |
| 04/04/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $323.42 | $199,889.46 |
| 04/25/2017 | 1044 | Trustee Insurance Agency | Monthly premium payment for insurance for Westover property | 2420-000 | | $130.00 | $199,759.46 |
| 05/02/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $312.30 | $199,447.16 |
| 05/26/2017 | 1045 | Trustee Insurance Agency | Monthly insurance payment for Westover property | 2420-000 | | $130.00 | $199,317.16 |
| 06/02/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $321.92 | $198,995.24 |
| 06/26/2017 | 1046 | Trustee Insurance Agency | Monthly insurance payment for liability insurance on Westover property | 2420-000 | | $130.00 | $198,865.24 |
| 06/28/2017 | 1047 | West Virginia Secretary of State | Fee for filing annual report with WV SOS | 2990-000 | | $25.00 | $198,840.24 |
| 07/05/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $310.85 | $198,529.39 |
| 07/07/2017 | 1048 | CORE Enivornmental, Inc. | Partial payment of environmental consulting and remediation fees for Westover property | 3731-000 | | $23,886.98 | $174,642.41 |
| 07/07/2017 | 1049 | Smith, Elliott, Kearns & Co., LLC | Accountant expenses for filing 2016 tax return Invoice #68291 | 3420-000 | | $62.50 | $174,579.91 |
| 07/07/2017 | 1050 | Smith, Elliott, Kearns & Co., LLC | Accountant fees for 2016 tax return preparation Invoice #68291 | 3410-000 | | $1,938.75 | $172,641.16 |
| 07/21/2017 | 1051 | CORE Enivornmental, Inc. | Balance of payment for environmental consulting and remediation fees for Westover property | 3731-000 | | $40,000.00 | $132,641.16 |
| 07/27/2017 | 1052 | Trustee Insurance Agency | Monthly premium on liability insurance for Westover property | 2420-000 | | $130.00 | $132,511.16 |
| 08/02/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $277.75 | $132,233.41 |
| 08/28/2017 | 1053 | Trustee Insurance Agency | Monthly insurance premium for Westover property | 2420-000 | | $130.00 | $132,103.41 |
| 09/05/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $426.89 | $131,676.52 |

SUBTOTALS        $0.00        $69,220.13

| Case No. | 14-01075-PMF | | Trustee Name: | Aaron C. Amore |
|---|---|---|---|---|
| Case Name: | PURE LAND CO. | | Bank Name: | PINNACLE BANK |
| Primary Taxpayer ID #: | **-***6241 | | Checking Acct #: | ******0000 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 9/30/2014 | | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 9/21/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/20/2017 | (14) | Brickstreet Insurance Emp refund | Employer Refund of Insurance premium | 1229-000 | $52.00 | | $131,728.52 |
| 09/28/2017 | 1054 | Trustee Insurance Agency | Monthly insurance premium for Westover property | 2420-000 | | $130.00 | $131,598.52 |
| 10/03/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $205.83 | $131,392.69 |
| 10/04/2017 | | Pinnacle Bank | Refund on August bank fee posted 9/5/2017 - the fees were posted for the incorrect amount | 2600-000 | | ($213.44) | $131,606.13 |
| 10/31/2017 | 1055 | Trustee Insurance Agency | Monthly insurance premium for Westover property | 2420-000 | | $130.00 | $131,476.13 |
| 11/02/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $212.41 | $131,263.72 |
| 11/06/2017 | (11) | Ripley Associates, LLC | Compromise settlement | 1121-000 | $569,776.72 | | $701,040.44 |
| 11/28/2017 | 1056 | Trustee Insurance Agency | Monthly insurance premium for Westover property | 2420-000 | | $130.00 | $700,910.44 |
| 12/04/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $887.41 | $700,023.03 |
| 01/03/2018 | 1057 | Trustee Insurance Agency | Monthly premium for insurance on Westover property | 2420-000 | | $130.00 | $699,893.03 |
| 01/08/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $1,130.00 | $698,763.03 |
| 01/29/2018 | 1058 | Trustee Insurance Agency | Monthly insurance payment for Westover property | 2420-000 | | $130.00 | $698,633.03 |
| 02/06/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $1,128.27 | $697,504.76 |
| 02/27/2018 | 1059 | Trustee Insurance Agency | Monthly insurance premium payment for Westover property | 2420-000 | | $130.00 | $697,374.76 |
| 02/27/2018 | 1059 | VOID: Trustee Insurance Agency | VOID check for $130 and re-issue check #1060 for $10 for monthly insurance premium as the building on the property is now demolished and less liability coverage is necessary. | 2420-003 | | ($130.00) | $697,504.76 |
| 02/27/2018 | 1060 | Trustee Insurance Agency | Insurance premium for Westover property - reduced due to structure being demolished and environmental work complete | 2420-000 | | $10.00 | $697,494.76 |
| 03/05/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $1,017.28 | $696,477.48 |
| 03/07/2018 | 1061 | Insurance Partners | Bond Payment | 2300-000 | | $391.00 | $696,086.48 |
| 03/28/2018 | 1062 | Trustee Insurance Agency | Monthly insurance premium for Westover property | 2420-000 | | $10.00 | $696,076.48 |
| 03/28/2018 | 1063 | CORE Enivornmental, Inc. | Environmental consultant fees for remediation of Westover property pursuant to Court order. | 3731-000 | | $11,102.50 | $684,973.98 |
| | | | | SUBTOTALS | $569,828.72 | $16,531.26 | |

| Case No. | 14-01075-PMF | | | Trustee Name: | Aaron C. Amore |
|---|---|---|---|---|---|
| Case Name: | PURE LAND CO. | | | Bank Name: | PINNACLE BANK |
| Primary Taxpayer ID #: | **-***6241 | | | Checking Acct #: | ******0000 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 9/30/2014 | | | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 9/21/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/28/2018 | 1064 | CORE Enivornmental, Inc. | Environmental consultant expenses for remediation of Westover property pursuant to Court order. | 3732-000 | | $48,059.43 | $636,914.55 |
| 03/30/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $1,123.81 | $635,790.74 |
| 04/16/2018 | 1065 | US Treasury | 2017 Federal Income taxes for consolidated Firebird return | 2810-000 | | $24,671.00 | $611,119.74 |
| 04/16/2018 | 1066 | WV State Tax Department | 2017 WV State Taxes for consolidated Firebird return | 2820-000 | | $11,596.00 | $599,523.74 |
| 04/30/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $982.04 | $598,541.70 |
| 05/01/2018 | 1067 | Trustee Insurance Agency | Monthly insurance payment for Westover property | 2420-000 | | $10.00 | $598,531.70 |
| 05/24/2018 | 1068 | Trustee Insurance Agency | Monthly insurance premium for Westover property | 2420-000 | | $10.00 | $598,521.70 |
| 08/21/2018 | 1069 | Aaron C. Amore | Trustee Compensation | 2100-000 | | $48,942.84 | $549,578.86 |
| 08/21/2018 | 1070 | Aaron C. Amore | Trustee Expenses | 2200-000 | | $1,427.98 | $548,150.88 |
| 08/21/2018 | 1071 | Aaron Amore | Account Number: ; Claim #: ;  Distribution Dividend: 100.00; Amount Allowed: 15,119.00; | 3110-000 | | $15,119.00 | $533,031.88 |
| 08/21/2018 | 1072 | Aaron Amore | Account Number: ; Claim #: ;  Distribution Dividend: 100.00; Amount Allowed: 19,522.75; | 3110-000 | | $19,522.75 | $513,509.13 |
| 08/21/2018 | 1073 | Aaron Amore | Account Number: ; Claim #: ;  Distribution Dividend: 100.00; Amount Allowed: 2,275.00; | 3120-000 | | $2,275.00 | $511,234.13 |
| 08/21/2018 | 1074 | Aaron Amore | Account Number: ; Claim #: ;  Distribution Dividend: 100.00; Amount Allowed: 20.63; | 3120-000 | | $20.63 | $511,213.50 |
| 08/21/2018 | 1075 | Smith, Elliot, Kearns & Co., LLC | Account Number: ; Claim #: ;  Distribution Dividend: 100.00; Amount Allowed: 1,644.25; | 3410-000 | | $1,644.25 | $509,569.25 |
| 08/21/2018 | 1076 | Smith, Elliott, Kearns & Co., LLC | Account Number: ; Claim #: ;  Distribution Dividend: 100.00; Amount Allowed: 62.50; | 3420-000 | | $62.50 | $509,506.75 |
| 08/21/2018 | 1077 | Boal and Associates, PC | Account Number: ; Claim #: 2;  Distribution Dividend: 100.00; Amount Allowed: 7,025.00; | 7100-000 | | $7,025.00 | $502,481.75 |
| 08/21/2018 | 1078 | Rocco Marrara, Jr. | Account Number: ; Claim #: 4;  Distribution Dividend: 100.00; Amount Allowed: 2,000.00; | 5800-000 | | $2,000.00 | $500,481.75 |
| 08/21/2018 | 1079 | Firebird Corporation | Account Number: ; Claim #: 7;  Distribution Dividend: 100.00; Amount Allowed: 469,006.75; | 7100-000 | | $469,006.75 | $31,475.00 |
| | | | | SUBTOTALS | $0.00 | $653,498.98 | |

| Case No.: | 14-01075-PMF | | Trustee Name: | Aaron C. Amore |
|---|---|---|---|---|
| Case Name: | PURE LAND CO. | | Bank Name: | PINNACLE BANK |
| Primary Taxpayer ID #: | **-***6241 | | Checking Acct #: | ******0000 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 9/30/2014 | | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 9/21/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/21/2018 | 1080 | Robert S. Marrara Irrevocable Trust | Account Number: ; Claim #: 8; Distribution Dividend: 100.00; Amount Allowed: 31,475.00; | 7200-000 | | $31,475.00 | $0.00 |
| | | | **TOTALS:** | | $888,991.59 | $888,991.59 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $888,991.59 | $888,991.59 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $888,991.59 | $888,991.59 | |

| For the period of 9/30/2014 to 9/21/2018 | | For the entire history of the account between 12/05/2014 to 9/21/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $913,856.83 | Total Compensable Receipts: | $913,856.83 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $913,856.83 | Total Comp/Non Comp Receipts: | $913,856.83 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $913,856.83 | Total Compensable Disbursements: | $913,856.83 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $913,856.83 | Total Comp/Non Comp Disbursements: | $913,856.83 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

No. 1:14-bk-01075   Doc 262   Filed 10/10/18   Entered 10/10/18 13:18:46   Page 20 of 20

| | |   | | |
|---|---|---|---|---|
| **Case No.** | 14-01075-PMF | | **Trustee Name:** | Aaron C. Amore |
| **Case Name:** | PURE LAND CO. | | **Bank Name:** | PINNACLE BANK |
| **Primary Taxpayer ID #:** | **-***6241 | | **Checking Acct #:** | ******0000 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 9/30/2014 | | **Blanket bond (per case limit):** | $3,000,000.00 |
| **For Period Ending:** | 9/21/2018 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $888,991.59 | $888,991.59 | $0.00 |

| For the period of 9/30/2014 to 9/21/2018 | | For the entire history of the case between 09/30/2014 to 9/21/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $913,856.83 | Total Compensable Receipts: | $913,856.83 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $913,856.83 | Total Comp/Non Comp Receipts: | $913,856.83 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $913,856.83 | Total Compensable Disbursements: | $913,856.83 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $913,856.83 | Total Comp/Non Comp Disbursements: | $913,856.83 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ AARON C. AMORE

AARON C. AMORE